UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union 456,<br><br>Plaintiffs, | Case NO.<br>08 CIV 1962<br><br>ANSWER TO COMPLAINT |
| M.V.M. CONTRACTING CORP.,<br>Defendant. | Assigned Judge:<br>KARAS |

-------------------------------------------------------------------------------------------------------------------

Defendant, M.V.M. Contracting Corp., ("M.V.M.") by and through its attorney CHARLES T. BISTANY, ESQ. as and for its Answer to the Complaint alleges as follows:

1.     Denies knowledge and information sufficient to form a belief with respect to the allegations contained in paragraphs numbered "1", "2", "3", "4", "5", "6", "8","21", "23", "28", and "32" of the Complaint.

2.     Denies each and every allegation contained in paragraphs numbered "15", "16", "17","18", "19", "22", "24", "25","26", "29", "30", "33", "34" and "35" of the Complaint.

AS AND FOR AN AFFIRMATIVE DEFENSE

3.     Defendant has made full or partial payment of any sums that may be due to Plaintiff.

WHEREFORE, Defendant M.V.M. Contracting Corp. prays that the Complaint be dismissed together with costs and disbursements.

Dated:    White Plains, NY
            March 28, 2008

                                            CHARLES T. BISTANY, ESQ. (CTB-6664)
                                            Attorney for Defendant
                                            M.V.M. CONTRACTING CORP.
                                            399 Knollwood Road
                                            White Plains, NY 10603
                                            Tel: 914 - 328-0068

TO:  BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
       Attorneys for Plaintiffs
       258 Saw Mill River Road
       Elmsford, NY 10523