# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

5 Surrey Lane
Hempstead, New York 11550
(516) 489-2990
Fax (516) 489-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

July 29, 2008

**MEMO ENDORSED**

VIA FACSIMILE - (914) 390-4152
Honorable Judge Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of the Teamsters, et al. vs. M.V.M. Contracting Corp.
Index No.: 08-CIV-1962 (KMK)
Conference Date – Wednesday, July 30, 2008 at 12:15 p.m.

Dear Honorable Judge Karas,

This firm represents Plaintiff-Trustees in the above-referenced matter and I write with the consent of my adversary to request an adjournment of the conference presently scheduled to proceed on July 30, 2008 at 12:15 p.m.

The parties respectfully request a 30 day adjournment of the conference in order to afford the parties sufficient time to resolve the outstanding issue of benefit fund contributions owed to the Funds.

Based on the foregoing, we respectfully request that the Court adjourn the conference in this matter until the end of August, 2008.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: _____
Giacchino J. Russo, Esq.

cc: Charles T. Bistany, Esq. –(via fax 914-285-9769)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*The Court will adjourn this case this one time only, until September 18, 2008, at 11:30*

SO ORDERED.

_____
KENNETH M. KARAS U.S.D.J.

TOTAL P.03